320

UNITED STATES of America,
Plaintiff–Appellee,

v.

Armando Alejandro JIMENEZ–
FLORES, Defendant–
Appellant.

No. 06–20268
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

May 2, 2007.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office, Southern District of Texas, Houston, TX, for Plaintiff–Appellee.

Yolanda E. Jarmon, Law Offices of Yolanda Jarmon, Houston, TX, for Defendant–Appellant.

Before SMITH, WIENER, and OWEN, Circuit Judges.

PER CURIAM: *

Court-appointed counsel for Armando Jimenez–Flores has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Jimenez–Flores has not filed a response. Our independent review of the brief and the record discloses no nonfrivolous issue for appeal. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be

herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

UNITED STATES of America,
Plaintiff–Appellee,

v.

Atilano CARACHURE–MENDOZA,
also known as Marco Martinez–
Arroyo, Defendant–Appellant.

No. 06–51558
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

May 2, 2007.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, Western District of Texas, San Antonio, TX, for Plaintiff–Appellee.

Donna F. Coltharp, Federal Public Defender's Office Western District of Texas, San Antonio, TX, for Defendant–Appellant.

Before HIGGINBOTHAM, WIENER, and PRADO, Circuit Judges.

published and is not precedent except under

PER CURIAM: *

Appealing the Judgment in a Criminal Case, Atilano Carachure–Mendoza raises arguments that are foreclosed by *Almendarez–Torres v. United States*, 523 U.S. 224, 235, 118 S.Ct. 1219, 140 L.Ed.2d 350 (1998), which held that 8 U.S.C. § 1326(b)(2) is a penalty provision and not a separate criminal offense. The Government's motion for summary affirmance is GRANTED, and the judgment of the district court is AFFIRMED.

**UNITED STATES of America,
Plaintiff–Appellee,**

v.

the limited circumstances set forth in 5TH CIR. R. 47.5.4.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.